1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
   Dennis Price, Esq., SBN 279082
3  Mail: 8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff

6

7

8  **PORTER | SCOTT**

   A PROFESSIONAL CORPORATION
9  William E. Camy, SBN 291397

10 Spencer A. Bouve, SBN 331663

11 350 University Avenue, Suite 200

12 Sacramento, California 95825

   TEL: 916.929.1481
13 FAX: 916.927.3706

14 Attorneys for Defendant
15 GAWFCO ENTERPRISES, INCORPORATED

16

17                  UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA

19 SCOTT JOHNSON              | Case: 3:21-cv-00074-SK

20      Plaintiff,

21   v.                       | **JOINT STIPULATION FOR**
                              | **DISMISSAL PURSUANT TO**
22 GAWFCO ENTERPRISES,        | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
   INCORPORATED, a California
23 Corporation

24      Defendant.

25

26

27

28

{02452855.DOC}                             1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 23, 2021        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorney for Plaintiff

Dated: August 23, 2021        PORTER|SCOTT

By: /s/ William E. Camy
    William E. Camy
    Spencer A. Bouve
    Attorney for Defendant
    GAWFCO Enterprises, Incorporated

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to William W. Camy, counsel for GAWFCO Enterprises, Incorporated and that I have obtained Mr. Camy's authorization to affix his electronic signatures to this document.

Dated: August 23, 2021        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff